AO 440 (Rev. 05/00) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 04 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**SUMMONS IN A CIVIL CASE**

SALLIE A. MOORE

V.

LONG TERM DISABILITY PLAN FOR EMPLOYEES
OF METROPOLITAN PIER & EXPO AUTHORITY and
PRUDENTIAL INSURANCE COMPANY OF AMERICA

CASE NUMBER: **07C 6783**

ASSIGNED JUDGE: JUDGE KENDALL

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

PRUDENTIAL INSURANCE COMPANY OF AMERICA
c/o The Illinois Division of Insurance
James R. Thompson Center
100 W. Randolph St., Suite 9-301
Chicago, IL 60601-3395

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Bryant
Daley, DeBofsky & Bryant
55 W Monroe St Ste 2440
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 0 4 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/6/07 |
| NAME OF SERVER (PRINT) Kalinda Piper | TITLE Office Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon Wilson Elser, attn: Edna Bailey, 120 N LaSalle St Ste 2600, Chicago IL. Per email dated 12/4/2007 Ms. Bailey's counsel for defendant and accepts this service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/6/07
                Date

Signature of Server

55 W Monroe St, Ste 2440 Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.