**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**In the Matter of**                                                          Case Number:   07-cv-06783

Sallie A. Moore v. Long Term Disability Plan For Employees of
Metropolitan Pier & Exposition Authority et al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

| | |
|---|---|
| NAME (Type or print) |
| Edna S. Bailey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/Edna S. Bailey |
| FIRM  Wilson Elser Moskowitz Edelman & Dicker LLP |
| STREET ADDRESS  120 North LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP  Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)       TELEPHONE NUMBER |
| 6277775                                                                  (312) 704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

452962.1