IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALLIE A. MOORE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LONG TERM DISABILITY PLAN FOR EMPLOYEES OF METROPOLITAN PIER & EXPOSITION AUTHORITY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　　Defendants. | Case No. 1:07-cv-06783<br>**Hon. Virginia M. Kendall**<br>**Magistrate Judge Arlander Keys** |

## STIPULATION TO DISMISS

Defendant The Prudential Insurance Company of America ("Prudential") and Plaintiff Sallie A. Moore ("Plaintiff"), through their respective counsel, hereby stipulate and agree as follows:

1. The Prudential Insurance Company of America ("Prudential") is the proper defendant in this case for long-term disability benefits under the Policy.

2. Based on the parties' stipulation in paragraph 1, above, Defendant Long Term Disability Plan for Employees of Metropolitan Pier & Exposition Authority shall be dismissed from this lawsuit without prejudice and without costs; this action to continue against The Prudential Insurance Company of America.

SALLIE A. MOORE, Plaintiff

By:  */s/David A. Bryant*
　　David A. Bryant, Esq.
　　Daley, DeBofsky & Bryant
　　55 West Monroe St., Ste. 2440
　　Chicago, Illinois 60603
　　(312) 372-5200

Dated: December 11, 2007

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, Defendant

By:  */s/ Edna S. Bailey*
　　Edna S. Bailey, Esq.
　　Wilson Elser
　　120 North LaSalle Street, Suite 2600
　　Chicago, Illinois 60602
　　(312) 704-0550

Dated: December 11, 2007

452454.1