# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6783 | **DATE** | 12/26/2007 |
| **CASE TITLE** | Sallie A. Moore vs. Long Term Disability Plan for Employees of Metropolitan Pier & Exposition Authority et al | | |

**DOCKET ENTRY TEXT**

The parties' Stipulation to Dismiss Individual Defendant [11] is approved and entered. Defendant Long Term Disability Plan for Employees of Metropolitan Pier & Exposition Authority is dismissed from this lawsuit without prejudice and without costs. Defendant terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | KW |
|---|---|---|