IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALLIE A. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6783 |
| | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY | ) | Judge Kendall |
| OF AMERICA, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |
| | ) | |

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Sallie A. Moore, ("Moore") respectfully moves this Court for leave for Plaintiff to amend her complaint. In support of this motion, the parties advise the Court that:

1. In this case Plaintiff filed her complaint on December 3, 2007, and originally asserted Jurisdiction of the court is based upon the Employee Retirement Income Security Act of 1974 (ERISA); and in particular, 29 U.S.C. §§1132(e)(1) and 1132(f); her claim seeking restoration of disability benefits from Prudential Insurance Company of America ("Prudential") and Plaintiff's employer Metropolitan Pier & Exposition Authority ("MPEA").

2. Plaintiff subsequently stipulated to dismissing MPEA as Defendant. (Doc.11). Plaintiff also stipulated to an extension for Defendant to answer said complaint. Defendant's answer has not yet been filed.

3. After the complaint was filed it became known that Plaintiff's employer, MPEA, was a governmental entity and its disability plan was not covered under the ERISA statute.

4. Plaintiff therefore seeks leave to file an amended complaint with amendment of jurisdiction of the Court to that of diversity pursuant to 28 U.S.C. § 1332.

WHEREFORE, Plaintiff moves this Honorable Court grant her Motion for Leave to Amend her Complaint.

DATED:  December 29, 2007        /s David A. Bryant
                                 David A. Bryant
                                 Attorney for Plaintiff
                                 Sallie A. Moore


DALEY, DE BOFSKY & BRYANT
55 West Monroe, Suite 2440
Chicago, Illinois 60603
PHONE: (312) 372-5200
FAX (312) 372-2778

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered via the Court's electronic filing system this 28th day of December to:

Edna S. Bailey
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
120 North LaSalle Street
Chicago, IL 60602-2412

                                 /s David A. Bryant
                                 David A. Bryant
                                 Attorney for Plaintiff