Case 1:07-cv-06783   Document 13-4   Filed 10/02/2007  Page 6 of 13

MAY 16 2006 11:22 FR 00                    7324824648 TO 919735486589         P.08/11



SOCIAL SECURITY ADMINISTRATION

Refer To: 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

Office of Hearings and Appeals
15401 South 94th Ave.
Orland Park, IL 60462

Date: APR 17 2006

Sallie Ann Moore
3635 W 147th St
Apt 2 South
Midlothian, IL 60445

## NOTICE OF DECISION – FULLY FAVORABLE

I have made the enclosed decision in your case. My decision is based on your disability insurance benefits application filed on November 5, 2004, and your supplemental security income application filed on November 5, 2004. The component responsible for processing my decision must decide that you meet the non-medical requirements for Supplemental Security Income payments.

I announced the basis for my decision at the hearing held on April 17, 2006. I adopt here those findings of fact and reasons. At the hearing, you amended your alleged onset date to April 1, 2005.

To summarize briefly, I found you disabled beginning April 1, 2005 because despite multiple knee surgeries, you continue to experience residual pain and loss of function in the right knee that is so severe that you are unable to perform full-time work on a sustained basis at even the sedentary exertional level. Therefore, using Social Security Ruling 96-9p for guidance, along with using Medical-Vocational Rule 201.21 as a framework, I found that you are unable to perform any work that exists in significant numbers in the national economy.

If you want more information about my decision, you or your representative should file a written request for this information at any local Social Security office or a hearing office. Please include the Social Security number shown above on your request. If you ask for it, we will provide you with a record of my oral decision at the hearing.

**This Decision is Fully Favorable To You**

Another office will process the decision and send you a letter about your benefits. Your local Social Security office or another may first ask you for more information. If you do not hear anything for 60 days, contact your local office.

EXHIBIT B

Sallie Ann Moore (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)                                             Page 2 of 2

**The Appeals Council May Review The Decision On Its Own**

The Appeals Council may decide to review my decision even though you do not ask it to do so. To do that, the Council must mail you a notice about its review within 60 days from the date shown above. Review at the Council's own motion could make the decision less favorable or unfavorable to you.

**If You Disagree With The Decision**

If you believe my decision is not fully favorable to you, or if you disagree with it for any reason, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative, if you choose to appoint one, must request the Appeals Council to review the decision. You must make the request in writing. You may use our Request for Review form, HA-520, or write a letter.

You may file your request at any local Social Security office or a hearing office. You may also mail your request right to the Appeals Council, Office of Hearings and Appeals, 5107 Leesburg Pike, Falls Church, VA 22041-3255. Please put the Social Security number shown above on any appeal you file.

**Time To File An Appeal**

To file an appeal, you must file your request for review within 60 days from the date you get this notice.

The Appeals Council assumes you got the notice 5 days after the date shown above unless you show you did not get it within the 5-day period. The Council will dismiss a late request unless you show you had a good reason for not filing it on time.

**Time To Submit New Evidence**

You should submit any new evidence you wish to the Appeals Council to consider with your request for review.

**How An Appeal Works**

Our regulations state the rules the Appeals Council applies to decide when and how to review a case. These rules appear in the Code of Federal Regulations, Title 20, Chapter III, Part 404, Subpart J, and Part 416, Subpart N.

If you file an appeal, the Council will consider all of my decision, even the parts with which you agree. The Council may review your case for any reason. It will review your case if one

Sallie Ann Moore (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)                                    Page 3 of 3

of the reasons for review listed in our regulations exists. Section 404.970, and 416.1470 of the regulations lists these reasons.

Requesting review places the entire record of your case before the Council. Review can make any part of my decision more or less favorable or unfavorable to you.

On review, the Council may itself consider the issues and decide your case. The Council may also send it back to an Administrative Law Judge for a new decision.

### If No Appeal And No Appeals Council Review

If you do not appeal and the Council does not review my decision on its own motion, you will not have a right to court review. My decision will be a final decision that can be changed only under special rules.

### If You Have Any Questions

If you have any questions, you may call, write or visit any Social Security office. If you visit an office, please bring this notice and decision with you. The telephone number of the local office that serves your area is (708)709-4687. Its address is Social Security, 104 S Halsted Street, Chicago Heights, IL 60411-1256.

*Shirley Michaelson*

Shirley Moscow Michaelson
Administrative Law Judge

cc:  Bryan Woodruff
     33 N. LaSalle
     Ste. 2330
     Chicago, IL 60602