IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALLIE A. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6783 |
| | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY | ) | Judge Kendall |
| OF AMERICA, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Monday, the 7th of January, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Kendall or any Judge sitting in her stead, in the courtroom usually occupied by her, and present the attached MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, copies of which are attached and herewith served upon you.

Dated: Chicago, Illinois             s/ David A. Bryant
       December 29, 2007          David A. Bryant

## CERTIFICATE OF SERVICE

TO:   Edna S. Bailey
       Wilson, Elser, Moskowitz,
       Edelman & Dicker LLP
       120 North LaSalle Street
       Chicago, IL 60602-2412

     The undersigned attorney hereby certifies that on December 29, 2007, he electronically filed the foregoing with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A.

                                           s/ David A. Bryant
Daley, DeBofsky & Bryant          Attorney for Plaintiff
55 W. Monroe St., Suite 2440
Chicago, Illinois  60603