# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6783 | **DATE** | 1/4/2008 |
| **CASE TITLE** | Moore vs. Prudential Insurance Company | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Leave to File Amended Complaint [13] is granted and the amended complaint will be filed as submitted. The hearing date noticed for said motion is stricken; no appearance is required.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | KW |
|---|---|---|