THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALLIE MOORE,<br><br>      Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No. 1:07-cv-06783<br><br>**Judge Virginia M. Kendall**<br>**Magistrate Judge Arlander Keys** |

**DEFENDANT'S UNOPPOSED MOTION FOR A FIFTEEN (15) DAY ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant The Prudential Insurance Company of America ("Prudential"), by its undersigned counsel, moves this Honorable Court for a fifteen (15) day enlargement of time in which to file its answer or otherwise plead to Plaintiff Sallie Moore's ("Plaintiff") Complaint pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1.  On January 4, 2008, Plaintiff obtained leave and filed her amended complaint, asserting counts for breach of contract and vexatious denial under Section 155 of the Illinois Insurance Code. Prudential's answer is currently due January 24, 2008.

2.  Despite due diligence, counsel for Prudential was unable to complete the responsive pleading as she had commitments relative to a number of other matters, including but not limited to preparing for trial in the matter of *Rodriguez v. Prudential Ins. Co. of Am.*, Case No. 1:06-cv-22025-JAL, pending in the United States District Court for the Southern District of Florida, preparing motions to dismiss in the matters of *Valley Hospital Medical Center v. Franklin Covey Employee Benefits Plan*, Case No. 2:07-cv-00022-RLH-GWF, pending in the

461038.1

United States District Court for the District of Nevada and *Amy L. Kowalski v. Principal Life Insurance Company*, Case No. 1:08-cv-00055-WCG, pending in the United States District Court for the Eastern District of Wisconsin. As such, she will need a short extension of fifteen (15) days of the current due date to adequately prepare and submit Prudential's responsive pleading to Plaintiff's Complaint.

3. On January 22, 2008, the undersigned attorney contacted counsel for Plaintiff, David A. Bryant, requesting his consent to a fifteen (15) day extension of the reply due date. Mr. Bryant has no objection to the requested extension.

4. Plaintiff will not be prejudiced by the grant of an extension of the dispositive motion deadline.

WHEREFORE, Defendant The Prudential Insurance Company of America respectfully requests that this Honorable Court grant its motion for a fifteen (15) day extension of the due date through Friday, January 8, 2008 for the filing of its responsive pleading to Plaintiff's Complaint.

Respectfully Submitted,

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

By:  */s/ Edna S. Bailey*
         One of its attorneys

Daniel J. McMahon
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550
(312) 704-1522

2

461038.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on January 24, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

***Attorney for Plaintiff***
David A. Bryant
Daley, DeBofsky & Bryant
55 West Monroe Street
Suite 2440
Chicago, IL 60603
(312) 372-5200
Email: mdebofsky@ddbchicago.com

Parties may access this filing through the Court's system.

                                           */s/ Edna S. Bailey*
                                           Edna S. Bailey

461038.1