THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALLIE MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 1:07-cv-06783<br><br>**Judge Virginia M. Kendall**<br>**Magistrate Judge Arlander Keys** |

## NOTICE OF MOTION

To:   *Counsel for Plaintiff*
       David A. Bryant
       Daley, DeBofsky & Bryant
       55 West Monroe Street, Suite 2440
       Chicago, Illinois 60603
       (312) 372-5200

   **PLEASE TAKE NOTICE** that on the 30th day of January, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall in Room 2319 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present *Defendant's Unopposed Motion for a Fifteen (15) Day Enlargement Of Time In Which To File Its Answer Or Otherwise Plead To Plaintiff's Complaint,* a copy of which is attached and is herewith served upon you.

                                                                        Respectfully Submitted,

                                                                        **THE PRUDENTIAL INSURANCE**
                                                                        **COMPANY OF AMERICA, Defendant**

                                                                        By:  */s/ Edna S. Bailey*
                                                                                 One of Its Attorneys

Daniel J. McMahon
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522

461039.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on January 24, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon the following:

***Attorney for Plaintiff***
David A. Bryant
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, Illinois 60603
mdebofsky@ddbchicago.com

parties may access this filing through the Court's system.

*/s/ Edna S. Bailey*
Edna S. Bailey (IL 6277775)

461039.1