UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Sallie A. Moore
                                Plaintiff,

v.                                          Case No.:
                                                 1:07−cv−06783
                                                 Honorable Virginia
                                                 M. Kendall

Prudential Insurance Company Of America, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 28, 2008:

      MINUTE entry before Judge Virginia M. Kendall :Motion for an extension of time to answer [17] is granted. Defendants may have until 2/8/2008 to answer or otherwise plead. The 1/30/08 hearing date noticed for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.