# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sallie A. Moore

                    Plaintiff,

v.

                                      Case No.:
                                      1:07−cv−06783
                                      Honorable Virginia
                                      M. Kendall

Prudential Insurance Company Of America, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 1, 2008:

      MINUTE entry before Judge Virginia M. Kendall : The 2/4/08 Initial Status hearing has been reset for Wednesday, 2/13/2008 at 09:00 AM. Joint Status Report due by 2/8/2008.Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.