IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SALLIE A. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6783 |
| | ) | |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY | ) | Judge Kendall |
| OF AMERICA, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order, the parties submit this joint status report with respect to the above named case.

**A.     DATE AND TIME THIS MATTER IS SET FOR A STATUS REPORT**

Pursuant to the order issued by Judge Virginia M. Kendall, a status report is due before the Court on February 8, 2008, with the status hearing set for February 13, 2008 at 9:00 a.m.

**B.     ATTORNEYS OF RECORD**

Attorney for the plaintiff are David A. Bryant and Daley, DeBofsky & Bryant. Mr. Bryant is expected to try the case. Attorney for the defendant are Daniel J. McMahon and Edna S. Bailey.  Ms. Bailey is expected to try the case.

**C.     BASIS FOR FEDERAL JURISDICTION**

This Court has diversity jurisdiction of this action pursuant to 28 U.S.C. § 1332.

**D.     WHETHER A JURY HAS BEEN REQUESTED AND BY WHICH PARTY**

Neither party has requested a jury trial and therefore stipulate to a bench trial.

1

E. **NATURE OF CLAIMS ASSERTED**

This is Plaintiff's claim for breach of contract of disability income insurance under her employer's employee welfare benefit plan with long term disability benefits underwritten and insured by Defendant, the Prudential Insurance Company of America pursuant to the terms of Group Policy No. G-40916-IL. Plaintiff, Sallie Moore, was employed by MPEA as a receptionist/switchboard operator until October 19, 2004, when she had to cease working alleging severe knee pain and arthritis in both knees following knee surgery. As an employee of the Company, she received coverage under her employer's employee welfare benefit plan. Moore alleges that she has not engaged in any substantial gainful activity since October 2004. Plaintiff applied for LTD benefits, and initially received long term disability benefits after satisfying the Plan's elimination period from October 17, 2005 through January 17, 2005; she continued to meet the criteria for "disability" under the Plan through July 17, 2005, the date on which Prudential terminated Moore's benefits. Plaintiff claims that she continues to be disabled under the terms of the Plan and that Defendant breached the Plan when it terminated payment LTD benefits.

Defendant will file an Answer or otherwise plead by February 8, 2008.

F. **RELIEF SOUGHT BY PLAINTIFF**

Plaintiff seeks judgment in her favor and against Defendant and that the court order defendant to pay all benefits due since July 17, 2005 plus interest payable thereon at a rate of 9% pursuant to 215 ILCS 5/357.9 and award any and all relief to which Plaintiff is entitled, including her costs of suit as well of attorneys' fees and the maximum penalty allowable pursuant to 215 ILCS 5/155.

464394.1

**G.     PARTIES WHO HAVE NOT BEEN SERVED**

There are no parties to this action that have not been served.

**H. and I.     PRINCIPAL LEGAL AND FACTUAL ISSUES**

The principal issues of law and fact are whether Plaintiff is "disabled" as defined by the Plan, whether Defendant is guilty of unreasonable and vexatious delay in its refusal to pay disability income benefits to Plaintiff.   Plaintiff's position is that she has and continues to meet the definition of "disability" that is set forth in the plan, and Defendant's refusal to pay is unreasonable and vexatious as required under 215 ILCS 5/155.

Defendant has until February 8, 2008 to answer or to otherwise plead its position.

**J.     ANTICIPATED MOTIONS**

All motions are to be available to each party under the federal and local rules.

**K.     PROPOSED DISCOVERY PLAN PURSUANT TO F. R. CIV. P. 26(f)**

   **1.     DISCOVERY TAKEN**

The parties are in the process of exchanging Rule 26(a)(1) disclosures.

   **2.     DISCOVERY TO BE TAKEN**

The parties believe that fact discovery in this matter includes, but is not limited to: document requests, admit/deny, depositions, and interrogatories.

   **3.     SCHEDULE FOR EXPERT DESIGNATIONS AND DISCOVERY**

Plaintiff to disclose one month after fact discovery is closed and Defendant one month thereafter.

   **4.     DISCOVERY CUTOFF**

464394.1

Plaintiff proposes that all discovery, both written and oral, shall be completed by October 1, 2008.

**L.     DISPOSITIVE MOTION DEADLINE**

Defendant anticipates moving for summary judgment and proposes a dispositive motion deadline 60 days after disclosure of its experts, January 1, 2009.

**M.     DATE AND LENGTH OF TRIAL**

The earliest date at which the parties would be ready for trial would be June 1, 2009.  The parties expect the trial to take approximately five days.

**N.     STATUS OF SETTLEMENT DISCUSSIONS**

Plaintiff provided Defendant with proposed lump sum valuation of the claim on February 7, 2008 and Defendant anticipates responding to same shortly.

**O.     TRIAL BEFORE A MAGISTRATE**

The parties do not consent to trial before a Magistrate Judge.

Respectfully Submitted,


___/s/ David A. Bryant_____           ___/s/ Edna S. Bailey_____
Attorney for Plaintiff                 Attorney for Defendant

David A. Bryant                        Edna S. Bailey
Daley, DeBofsky & Bryant               Wilson, Elser, Moskowitz,
55 W. Monroe St., Suite 2440           Edelman & Dicker LLP
Chicago, Illinois  60603               120 North LaSalle Street
 (312) 372-5200                        Chicago, IL 60602-2412
                                       (312) 704-0550

464394.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system that will send notification of such filing to the following:

| | |
|---|---|
| David A. Bryant | Edna S. Bailey |
| Daley, DeBofsky & Bryant | Wilson, Elser, Moskowitz, |
| 55 W. Monroe St., Suite 2440 | Edelman & Dicker LLP |
| Chicago, Illinois 60603 | 120 North LaSalle Street |
| (312) 372-5200 | Chicago, IL 60602-2412 |
| | (312) 704-0550 |

                                            */s/ Edna S. Bailey*
                                            Edna S. Bailey IL6277775

464394.1