# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sallie A. Moore

                                    Plaintiff,

v.                                                      Case No.:
                                                        1:07−cv−06783
                                                        Honorable Virginia
                                                        M. Kendall

Prudential Insurance Company Of America, et al.

                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

        MINUTE entry before Judge Virginia M. Kendall : Initial Status hearing held. Fact discovery ordered closed 6/13/2008. Expert discovery ordered closed 7/25/2008. Dispositive motions with supporting memoranda due 8/25/2008; responses due 9/24/2008; replies due 10/8/2008. Status hearing set for 6/16/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.