IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALLIE A. MOORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 07 C 6783 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) Judge Kendall<br>) Magistrate Judge Keys |
| Defendant | ) |

### JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

Plaintiff, SALLIE A. MOORE, and Defendant, PRUDENTIAL INSURANCE COMPANY, hereby jointly move in accordance with Fed. R. Civ. P. 41 for dismissal with prejudice of this action on the ground that all matters in controversy have been resolved.

WHEREFORE, upon joint stipulation, the parties request that the court grant this joint motion to voluntarily dismiss the matter with prejudice and without costs.

Respectfully submitted,

s/ David A. Bryant
Attorney for Plaintiff

David A. Bryant
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200

s/ Edna S. Bailey[1]
Attorney for Defendant

Edna S. Bailey
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
120 North LaSalle Street
Chicago, IL 60602-2412
(312) 704-0550

---

[1] Electronic signature affixed per email authorization.

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system that will send notification of such filing to the following

David A. Bryant
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200

Edna S. Bailey
Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
120 North LaSalle Street
Chicago, IL 60602-2412
(312) 704-0550

s/ David A. Bryant
David A. Bryant
Attorney for Plaintiff